[No. 5732–1–III.   Division Three.   June 28, 1984.]

ALFRED J. STAFF, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–2–01850–4, Carl L. Loy, J., entered March 2, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 6173–2–II.   Division Two.   June 28, 1984.]

THE CITY OF HOQUIAM, *Respondent,* v. ALVIN E. ZACK, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81–2–00017–3, John H. Kirkwood, J., entered January 29, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6397–2–II.   Division Two.   July 2, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY WAYNE RICHMOND, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81–1–01157–0, James P. Healy, J., entered May 18, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.

[No. 6207–1–II.   Division Two.   July 2, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LEMUEL D. CUMPTON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. CR 81–6171, John H. Kirkwood, J., entered March 12, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.